# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2755

_____

Eddie C. Risdal,      *
     *
         Appellant,      *
     *   Appeal from the United States
       v.      *   District Court for the
     *   Southern District of Iowa.
John Emmett; Hill, C/O, sued as I.S.P.      *
Guard Hill; Osborn, sued as I.S.P.      *    [UNPUBLISHED]
Cert-Team Osborn,      *
     *
         Appellees.      *

_____

Submitted: June 2, 1998
Filed: June 25, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Eddie C. Risdal appeals the district court's[1] denial of his motion for a new trial following entry of judgment upon a jury verdict in favor of defendants in Risdal's 42 U.S.C. § 1983 action. Risdal did not submit a transcript, see Fed. R. App. P. 10(b), and to the extent Risdal's arguments are reviewable without a transcript, we believe the

_____

[1]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.

district court did not abuse its discretion in denying Risdal's motion for a new trial, see Gray v. Bicknell, 86 F.3d 1472, 1480-81 (8th Cir. 1996).  See 8th Cir. R. 47B.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.